AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. |
| Priority Mail, Tracking Number, 9505 5142 4656 9303 2747 47, addressed to EARnest lindSAy, 3102 WARSAW AVe, cincinnati, ohio 45205, with a return address of PAtRice lindSAy, 5301 VAlley Ridge AVe, View PARK - WindSOR hills, C.A. 90043. | ) 1:19MJ -739 |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Southern            District of  Ohio

*(identify the person or describe the property to be searched and give its location):*
Priority Mail, Tracking Number, 9505 5142 4656 9303 2747 47, addressed to EARnest lindSAy, 3102 WARSAW AVe, cincinnati, ohio 45205, with a return address of PAtRice lindSAy, 5301 VAlley Ridge AVe, View PARK - WindSOR hills, C.A. 90043.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      11/15/19
                                                                                                                        *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Karen L. Litkovitz                                                                       .
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                         ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11/1/19 @ 11:35 a.m.              *Karen L. Litkovitz*
                                                                                              *Judge's signature*

City and state:   Cincinnati, Ohio                                Karen L. Litkovitz
                                                                                      United States Magistrate Judge
                                                                                      *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title